# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 19−40841−JJR13 |
| Christopher Michael Eads | **Chapter** 13 |
| **SSN:** xxx−xx−6795 | |

**Debtor(s)**

## NOTICE AND ORDER MODIFYING PLAN

Notice is hereby given that on **3/24/2021** the Debtor filed a Motion to Modify Plan. The Debtor requests that the payments be modified as follows:

**See Debtor's Motion to Modify Plan at Doc #71**

It appears to the Court that said Motion is due to be **GRANTED.**

Section 1329(b)(2) of the Bankruptcy Code [11 U.S.C. §1329(b)(2)] provides, "The plan as modified becomes the plan unless, after notice and a hearing, such modification is disapproved."

It is therefore **ORDERED, ADJUDGED and DECREED** that the **Debtor's Motion to Modify Plan** shall be deemed **GRANTED** as of **4/15/2021**, unless a written objection and request for a hearing are filed with the Clerk of the Court on or before **4/14/2021**. If an objection is filed, a hearing will be scheduled to consider both the motion and the objection and whether the modification should be disapproved.

If no objection is filed, the Debtor's plan is modified as follows:

**See Debtor's Motion to Modify Plan at Doc #71**

Dated:   March 24, 2021

/s/ James J. Robinson
United States Bankruptcy Judge

asc